ORIGINAL

DAVID LEIGGI
95-270 Waikalani Drive #F303
Mililani, HI 96789
Telephone: (808) 625-5348
Fax: (808) 625-2876
Email: leiggid001@hawaii.rr.com

Plaintiff Pro Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 2 2005

at 3 o'clock and 3 min. ⧸ M.
WALTER A.Y.H. CHINN, CLERK

LODGED

JAN 1 1 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAVID LEIGGI, | ) | CIVIL NO. 04-00027 HG-KSC |
| Plaintiff, | ) ) | STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL |
| vs. | ) ) | CLAIMS AND ALL PARTIES; ORDER |
| JOHN E. POTTER, Postmaster General, United States Postal Service, | ) ) ) ) | TRIAL: June 21, 2005 TRIAL JUDGE: Hon. Helen Gillmor |
| Defendant. | ) ) | |

STIPULATION FOR DISMISSAL
WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES; ORDER

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Pro Se and Defendant, through its respective undersigned counsel, that the above matter be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own costs.

There are no remaining parties, claims, and/or issues. All appearing parties have signed this Stipulation.

DATED: Honolulu, Hawaii, __Jan 12__, 2005.

_____
DAVID LEIGGI
Plaintiff Pro Se


_____
HARRY YEE, ESQ.
Attorney for Defendant
JOHN E. POTTER, Postmaster General
United States Postal Service


APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE ENTITLED COURT


LEIGGI v. JOHN E. POTTER, Postmaster General, United States Postal Service - Civil No. 04-00027 HG-KSC - Stipulation for Dismissal With Prejudice of All Claims and All Parties; Order